**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (admitted *pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Phone:         (312) 222-9350
Facsimile:    (312) 527-0484

Attorneys for Defendant
The Kraft Heinz Company

(additional parties on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON CLARKE and MICHELLE DEVERA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>   v.<br><br>THE KRAFT HEINZ COMPANY.<br><br>  Defendant. | Case No. 3:21-cv-02437-RS<br><br>The Honorable Richard Seeborg<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS:

1. On June 22, 2021, Kraft Heinz filed a motion to transfer venue of this action to the Northern District of Illinois, which is fully briefed and under submission;

2. On June 29, 2021, this Court scheduled an initial Case Management Conference on September 16, 2021 and directed the parties to file an initial Case Management Conference Statement on or before September 9, 2021;

3. Because Kraft Heinz's motion to transfer is pending, and because Kraft Heinz's deadline to file a responsive pleading is stayed pending the disposition of its motion to transfer, the parties agree that it would conserve the resources of the parties and the Court to continue the September 16 Case Management Conference until a date following the ruling on the motion to transfer;

4. This is the parties' first request for a continuance of the September 16 Case Management Conference;

5. The extensions provided by this Stipulation will not affect any dates set by Court order, and the parties agree that this stipulation is not for the purpose of delay;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval, that the Case Management Conference be continued to **October 28, 2021 at 10:00 am.** Joint Case Management Statement due **October 21, 2021**.

IT IS SO STIPULATED AND AGREED:

Dated: September 3, 2021

JENNER & BLOCK LLP

By: /s/ Alexander M. Smith
Alexander M. Smith

Attorneys for Defendant
The Kraft Heinz Company

(continued on following page . . . )

Dated: September 3, 2021            BURSOR & FISHER, P.A.[1]

By:    /s/   L. Timothy Fisher
      L. Timothy Fisher

Attorneys for Plaintiffs
Aaron Clarke & Michelle DeVera

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 3, 2021           By: /s/ Richard Seeborg
      The Honorable Richard Seeborg
      United States District Judge

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), I, Alexander M. Smith, hereby attest that concurrence in the filing of this document has been obtained from L. Timothy Fisher, counsel for Plaintiffs Aaron Clarke and Michelle DeVera.