## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| AARON CLARKE and MICHELLE DeVERA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br><br> THE KRAFT HEINZ COMPANY, <br><br> Defendant. | Case No. 1:21-cv-4811 <br><br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Aaron Clarke and Michelle DeVera and Defendant The Kraft Heinz Company in the above-entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of putative class members, without costs to any party as against the other. All parties shall bear their own attorneys' fees and waive all rights of appeal.

Dated: March 18, 2024

| | |
|---|---|
| Joshua D. Arisohn <br> Bursor & Fisher, P.A. <br> *Attorney for Plaintiffs* <br> 1330 Avenue of the Americas <br> New York, NY 10019 <br> jarisohn@bursor.com | Dean N. Panos <br> Jenner & Block LLP <br> *Attorney for Defendant* <br> 353 North Clark Street <br> Chicago, IL 60654 <br> dpanos@jenner.com |